BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CATALINA LEON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:10-cv-0077 SKO<br><br>**MOTION FOR EXTENSION OF TIME AND ORDER** |

    Defendant, through his attorney undersigned, moves this Court for an Order granting Defendant until November 8, 2010 within which to file his response to Plaintiff's Opening Brief (the response is currently due on October 8, 2010). This Order is sought on the grounds that the undersigned needs additional time to respond to Plaintiff's arguments given the undersigned's heavy case load (including two Ninth Circuit appellate oral arguments) and pre-approved leave.

    On October 7, 2010, the undersigned notified Plaintiff's attorney of this request via email; at the time of filing, Plaintiff's attorney has not objected to this extension request.

///

///

Respectfully submitted,

Dated: October 7, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Upon the Court's consideration of Defendant's motion, IT IS ORDERED that Defendant's motion for an extension of time in which to file his responsive brief is GRANTED. Defendant shall file his responsive **by no later than November 8, 2010**.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause. (Doc. 6 ¶ 14.)

IT IS SO ORDERED.

**Dated:   October 8, 2010**                    /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE